UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKLAND SWAFFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>CIGNA Group Insurance,<br><br>        Defendant. | No. 1:14-CV-0213-AWI-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

      Plaintiff Kirkland Swafford is proceeding in Pro Ser in this action.  Plaintiff filed a Motion to Proceed in Forma Pauperis pursuant to 28 U.S.C. section 1915 on February 18, 2014. (ECF No. 2) The Court has reviewed the Motion and finds that Plaintiff's application demonstartes that he is entitled to proceed without prepayment of fees. Plaintiff's Motion to Proceed in Forma Pauperis is therefore GRANTED.

IT IS SO ORDERED.

    Dated:   February 26, 2014           /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE