1 | **RIMAC MARTIN, P.C.**
Anna M. Martin– CSBN 154279
2 | amartin@rimacmartin.com
1051 Divisadero Street
3 | San Francisco, CA  94115
Telephone:  (415) 561-8440
4 | Facsimile:   (415) 561-8430

5 | *Attorneys for Defendant*
LIFE INSURANCE COMPANY OF
6 | NORTH AMERICA

7 | ROBERTS BARTOLIC LLP
Michelle Roberts
8 | mroberts@robertsbartolic.com
1050 Marina Village Pkwy.
9 | Suite 105
Alameda, CA  94501
10 | Telephone:  (510) 992-6130

11 | *Attorneys for Plaintiff*
KIRKLAND SWAFFORD

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| KIRKLAND SWAFFORD, | ) Case No.  1:14-CV-00213-DAD-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| v. | ) |
| CIGNA GROUP INSURANCE PO BOX 29063, GLENDALE, CA 91209, and DOES 1 through 10, | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff KIRKLAND SWAFFORD and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1

**STIPULATION OF DISMISSAL WITH PREJ. AND ORDER**
CASE NO. 1:14-CV-00213-DAD-MJS

1  The parties shall bear their own respective attorney fees and costs of suit.

2  Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document.  The conformed signature herein shall serve in lieu of their original signatures on this document.  Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

SO STIPULATED.

Respectfully submitted,

Dated: December 19, 2016         RIMAC MARTIN, P.C.

By: /s/ Anna M. Martin
    ANNA M. MARTIN
    Attorney for Defendant
    LINA INSURANCE COMPANY OF
    NORTH AMERICA

Dated: December 19, 2016         ROBERTS BARTOLIC, LLP

By: /s/ Michelle Roberts
    MICHELLE ROBERTS
    Attorney for Plaintiff
    KIRKLAND SWAFFORD

**ORDER TO CLERK TO CLOSE CASE**

The parties' Stipulation, above, dismissing this Case No. 1:14-CV-00213-DAD-MJS with prejudice, with each party bearing its own costs and attorneys' fees, is self-effectuating; the action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 21, 2016           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE